# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**JEREMY A. TIGAN**
(302) 351-9106
jtigan@morrisnichols.com

May 17, 2024

The Honorable Gregory B. Williams                           *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 26, Room 6124
Wilmington, DE  19801-3555

Re:   *Biogen, Inc., et al. v. Zydus Worldwide DMCC, et al.*,
      C.A. No. 23-732 (GBW) (D. Del.)

Dear Judge Williams:

The parties in the above-referenced action write to advise the Court that no party has identified any claim terms for construction. Accordingly, the parties respectfully request that all remaining claim construction deadlines set forth in the Scheduling Order (D.I. 24), and the *Markman* hearing set for October 2, 2024, at 1:00 p.m., be taken off of the Court's calendar.

Respectfully,

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

JAT:lo
cc:   Clerk of the Court (via hand delivery)
      All Counsel of Record (via CM/ECF and e-mail)