IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOGEN INC., BIOGEN SWISS MANUFACTURING GMBH, and ALKERMES PHARMA IRELAND LIMITED,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ZYDUS WORLDWIDE DMCC, ZYDUS PHARMACEUTICALS (USA) INC., and ZYDUS LIFESCIENCES LIMITED,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 23-732 (GBW)<br>)<br>)<br>) **REDACTED - PUBLIC VERSION**<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to the Court's June 27, 2025 Oral Order (D.I. 77), Plaintiffs Biogen Inc., Biogen Swiss Manufacturing GmbH, and Alkermes Pharma Ireland Limited (collectively, "Plaintiffs"), and Defendants Zydus Worldwide DMCC, Zydus Pharmaceuticals (USA) Inc., and Zydus Lifesciences Limited (collectively, "Zydus") (Plaintiffs and Zydus together, "the Parties"), hereby provide this Joint Status Report regarding the trial in this case.

At the present time, the Parties agree that a trial in this action remains necessary, although they believe that doing so would only require four days. With the week of July 28, 2025, unavailable, the Parties have conferred about rescheduling the trial to begin on July 14, 2025 (or some other date such that the trial can be completed before July 25, 2025), or alternatively, to begin on December 1, 2025, as instructed by the Court. Unfortunately, the Parties have determined that key witnesses are unavailable on the dates proposed by the Court. Accordingly, the Parties respectfully request that the Court provide its next available trial dates after December 15, 2025 such that the parties can confirm counsel and witness availability.

**CONFIDENTIAL VERSION FILED - 7/8/25**
**REDACTED VERSION FILED - 7/15/25**

In addition, the 30-month Hatch-Waxman stay in this case currently expires on November 29, 2025, i.e., 124 days after the originally-scheduled July 28, 2025 start date for the trial in the matter. ████████████

████████████

████████████

████████████

████████████

████████████

████████████████████████████ The Parties respectfully request that the Court enter under seal the attached Stipulation and [Proposed] Order, reflecting the Parties' agreement.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ Alexis N. Stombaugh* |
| Jeremy A. Tigan (#5239)<br>Ben Yenerall (#7132)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jtigan@morrisnichols.com<br>byenerall@morrisnichols.com | Pilar G. Kraman (#5199)<br>Alexis N. Stombaugh (#6702)<br>Jennifer P. Siew (#7114)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>pkraman@ycst.com<br>astombaugh@ycst.com<br>jsiew@ycst.com |
| *Attorneys for Plaintiffs Biogen Inc., Biogen Swiss Manufacturing GmbH, and Alkermes Pharma Ireland Limited* | *Attorneys for Defendants Zydus Worldwide DMCC, Zydus Pharmaceuticals (USA) Inc., and Zydus Lifesciences Limited* |

July 8, 2025