IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOGEN INC., BIOGEN SWISS MANUFACTURING GMBH, and ALKERMES PHARMA IRELAND LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> ZYDUS WORLDWIDE DMCC, ZYDUS PHARMACEUTICALS (USA) INC., and ZYDUS LIFESCIENCES LIMITED, <br><br> Defendants. | C.A. No. 23-732 (GBW) <br><br> ▮▮▮▮▮▮▮▮▮▮ <br><br> **REDACTED - PUBLIC VERSION** |

## STIPULATION AND [PROPOSED] ORDER

Plaintiffs Biogen Inc., Biogen Swiss Manufacturing GmbH, and Alkermes Pharma Ireland Limited (collectively, "Plaintiffs"), and Defendants Zydus Worldwide DMCC, Zydus Pharmaceuticals (USA) Inc., and Zydus Lifesciences Limited (collectively, "Zydus") (Plaintiffs and Zydus together, "the Parties"), through their counsel, hereby stipulate and agree to the following:

WHEREAS, on July 6, 2023, Plaintiffs filed a Complaint for infringement of U.S. Patent Nos. 8,669,281 ("the '281 Patent"), 9,090,558 ("the '558 Patent"), and 10,080,733 ("the '733 Patent") against Zydus concerning Zydus's Abbreviated New Drug Application ("ANDA") No. 218596 and the generic product described therein ("Zydus's Proposed ANDA Product");

WHEREAS, the above-captioned matter was scheduled for a 5-day bench trial beginning on July 28, 2025;

WHEREAS, on June 27, 2025, the Court notified the Parties of the need to reschedule the bench trial in this matter, and proposed to reschedule the trial to begin on July 14, 2025 (or some

**CONFIDENTIAL VERSION FILED - 7/8/25**
**REDACTED VERSION FILED - 7/15/25**

1

other date such that the trial can be completed before July 25, 2025), or alternatively, to begin on December 1, 2025;

WHEREAS, on July 8, 2025, the Parties submitted a Joint Status Report to the Court informing the Court that key witnesses are unavailable on the dates proposed by the Court, and requesting that the Court provide its next available trial dates after December 15, 2025, such that the parties can confirm counsel and witness availability;

WHEREAS, Zydus's ANDA No. 218596 is subject to a 30-month Hatch-Waxman stay of final FDA approval, which is set to expire on November 29, 2025, i.e., 124 days after the originally-scheduled July 28, 2025 start date for trial in the matter;

[REDACTED]

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Zydus as follows:

1. [REDACTED]

2

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ *Jeremy A. Tigan* | /s/ *Alexis N. Stombaugh* |
| Jeremy A. Tigan (#5239) | Pilar G. Kraman (#5199) |
| Ben Yenerall (#7132) | Alexis N. Stombaugh (#6702) |
| 1201 North Market Street | Jennifer P. Siew (#7114) |
| P.O. Box 1347 | Rodney Square |
| Wilmington, DE 19899 | 1000 North King Street |
| (302) 658-9200 | Wilmington, DE 19801 |
| jtigan@mnat.com | (302) 571-6600 |
| byenerall@morrisnichols.com | pkraman@ycst.com |
| | astombaugh@ycst.com |
| | jsiew@ycst.com |

*Attorneys for Plaintiffs Biogen Inc., Biogen Swiss Manufacturing GmbH, and Alkermes Pharma Ireland Limited*

*Attorneys for Defendants Zydus Worldwide DMCC, Zydus Pharmaceuticals (USA) Inc., and Zydus Lifesciences Limited*

SO ORDERED, this _____ day of _____, 2025.

_____
THE HONORABLE GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE
DISTRICT OF DELAWARE

3