

WILMINGTON
RODNEY SQUARE

NEW YORK
ROCKEFELLER CENTER

CHARLOTTE
CARILLON TOWER

Pilar G. Kraman
P 302.576.3586
pkraman@ycst.com

██████████████

July 8, 2025

**VIA CM/ECF & HAND DELIVERY**

REDACTED - PUBLIC VERSION
Filed: July 15, 2025

The Honorable Gregory B. Williams
United States District Court
  for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re:   *Biogen, Inc. v. Zydus Worldwide DMCC, et al.*
            C.A. No. 23-732-GBW

Dear Judge Williams:

      I write on behalf of Defendants Zydus Worldwide DMCC, Zydus Pharmaceuticals (USA) Inc., and Zydus Lifesciences Limited (collectively, "Zydus") regarding the Court's June 27, 2025, Oral Order requesting the parties to file a joint status report regarding the need for trial and a new trial date. D.I. 77. Plaintiffs opposed including in the report the status of the Parties' settlement negotiations so Zydus writes separately to provide that information.

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████ To that end, Zydus respectfully requests the Court enter an Order that requires the Parties:

    (1) to provide a status report on the state of current negotiations by August 1, 2025;

    (2) if no settlement has been reached by August 1, 2025 to submit within twenty-one (21) days a report identifying either: (a) an agreed mediator, or (b) one individual identified by Plaintiffs and one induvial identified by Zydus from which the Court may select a mediator; and

Young Conaway Stargatt & Taylor, LLP
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P 302.571.6600   F 302.571.1253   YoungConaway.com

Young Conaway Stargatt & Taylor, LLP
Page 2

  (3) to conduct in-person mediation, including attendance of party representatives with full authority to settle, within thirty (30) days of the Court appointing a mediator.

  Counsel for Zydus are available at the Court's convenience should the Court have any questions.

                Respectfully submitted,

                /s/ Pilar G. Kraman

                Pilar G. Kraman (No. 5199)